# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2025-0398
L.T. Case No. 1999-CF-005084-A
_____

MARK ANTHONY HOLLAND,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
London Mahogany Kite, Judge.

Mark Anthony Holland, Mayo, pro se.

James Uthmeier, Attorney General, and Ryan Roy, Assistant Attorney General, Tallahassee, for Appellee.

April 22, 2025

PER CURIAM.

   AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

HARRIS, BOATWRIGHT and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____